BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ROBERT G. GARDNER

E-filing

**FILED**
DEC 15 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05 00592 MJJ |
| Plaintiff, | STIPULATION ~~AND [PROPOSED]~~ |
| vs. | AND ORDER |
| ROBERT G. GARDNER, | |
| Defendant. | |

This matter is scheduled for a status conference on December 16, 2005 at 2:30 p.m. The underlying indictment charges Mr. Gardner with three counts of tax evasion. Mr. Gardner resides in Oregon.

The government has produced over 500 pages of discovery to date, and has agreed to produce additional discovery shortly. Defense counsel has completed its review of some, but not all, of these materials. Defense counsel also needs to complete numerous witness interviews. It therefore is anticipated that the parties will request a continuance at the status conference scheduled for December 16, 2005. Because the appearance will not comprise any substantive matters, and to avoid unnecessary travel and expense for Mr. Gardner, IT IS STIPULATED AND AGREED that Mr. Gardner's appearance at the December 16, 2005 status conference is

STIP/ORD                                    1

1  WAIVED.  Defense counsel represents that Mr. Gardner concurs with any request for exclusion
2  of time under the Speedy Trial Act.

3

4                                              /S/
5  Dated: December 14, 2005
                                               _____
                                               JEROME MATTHEWS
6                                              Assistant Federal Public Defender

7
                                               /S/
8  Dated: December 14, 2005
                                               _____
                                               THOMAS MOORE
9                                              Assistant United States Attorney

10

11     Good cause appearing therefor, IT IS ORDERED that defendant Robert Gardner's
12  appearance at the December 16, 2005 status conference is WAIVED.

13

14

15  Dated: December 15, 2005
16          nunc pro tunc mjj              _____
                                           MARTIN J. JENKINS
                                           United States District Judge
17

18

STIP/ORD                                    2