1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant ROBERT G. GARDNER
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   No. CR-05 00592 MJJ
                                  )
12              Plaintiff,        )   STIPULATION AND [PROPOSED]
                                  )   CONTINUING HEARING DATE
13 vs.                            )
                                  )
14 ROBERT G. GARDNER,             )
                                  )
15              Defendant.        )
   _____)
16

17      Sentencing in this matter was continued, on the Court's motion, to Thursday, July 27,

18 2006, at 2:00 p.m. Defense counsel will be unavailable that day due to pre-existing

19 commitments in other cases. The parties have conferred regarding a new sentencing date, and

20 STIPULATE AND AGREE that the Court may continue sentencing in this matter to August 25,

21 2006, at 2:30 p.m.                    /S/

22 Dated: July 25, 2006          _____
                                 JEROME MATTHEWS
23                               Assistant Federal Public Defender

24
                                         /S/
25 Dated: July 25, 2006          _____
                                 THOMAS MOORE
26                               Assistant United States Attorney


STIP/ORD                         1

1  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

   Good cause appearing therefor, IT IS ORDERED that sentencing in this matter be continued to August 25, 2006, based upon the reasons set forth in the foregoing stipulation.

Dated: July  26 , 2006

_____
MARTIN J. JENKINS
United States District Judge

STIP/ORD                                                    2